JOHN W. HUBER, United States Attorney (No. 7226)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4264
Email: matthew.bell@usdoj.gov

FILED
U.S. DISTRICT COURT

2016 MAY -4  A 11: 42

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | Case No. |
| v. | : | 21 U.S.C. § 841(a)(1), POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE |
| SANTIAGO TARULA-RIVERA, Defendant. | | Case: 2:16-cr-00204<br>Assigned To : Stewart, Ted<br>Assign. Date : 5/4/2016<br>Description: USA v. |

The Grand Jury charges:

## COUNT I

On or about April 26, 2016, in the Central Division of the District of Utah,

**SANTIAGO TARULA-RIVERA,**

the defendant herein, did knowingly and intentionally possess with intent to distribute 500

grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable under 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MATTHEW L. BELL
Assistant United States Attorney

2