JOHN W. HUBER, United States Attorney (No. 7226)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4264
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|             Plaintiff, : | Case No. 2:16-CR-00204-TS |
| : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
|   v. : | |
| : | |
| SANTIAGO TARULA-RIVERA, : | |
|             Defendant. : | |

_____

The United States, by and through the undersigned Assistant United States Attorney, and pursuant to the District of Utah Criminal Rule 32-1(b), declares that it has no objections to the Presentence Report in the above-entitled matter.   Furthermore, the

United States is unaware of any disputed matters between the United States and defendant with respect to the Presentence Report.

DATED this 27th day of September, 2016.

                                        JOHN W. HUBER
                                      United States Attorney


*/s/   Matthew L. Bell*
MATTHEW L. BELL
Assistant United States Attorney