12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Santiago Tarula-Rivera** | Docket Number: **2:16CR00204-001** |

Name of Sentencing Judicial Officer: **Honorable Ted Stewart**
**Senior U.S. District Judge**

Date of Original Sentence: **October 3, 2016**
Original Offense: **Possession of Methamphetamine with Intent to Distribute**
Original Sentence: **57 Months' Bureau of Prisons Custody/ 60 Months' Supervised Release**

Type of Supervision: **Supervised Release**      Current Supervision Began: **June 14, 2019**

### SUPERVISION SUMMARY

On October 3, 2016, the above-named offender appeared before this Court and was sentenced to a 57-month term of custody, followed by a 60-month term of supervised release. The offender commenced his term of supervision in the Central District of California, Woodland Hills Division.

On November 3, 2020, U.S. Probation Officer (USPO) Brent Udolph requested the offender be allowed to travel to Guadalajara, Jalisco, Mexico from January 8, 2021, to January 16, 2021, to visit family. USPO Udolph reports Mr. Tarula-Rivera is in compliance with all conditions of supervision.

On November 5, 2020, Assistant United States Attorney (AUSA) Stephen P. Dent advised he had no objects to the request for international travel. Therefore, it is recommended the Court approve the request for international travel. If the Court desires more information or another course of action, please contact me at (801) 535-2732.

I declare under penalty of perjury that the foregoing is true and correct.

by Maria EA Sanchez
Supervisory U.S. Probation Officer
November 5, 2020

**THE COURT:**

[X] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

Honorable Ted Stewart
Senior United States District Judge

Date: November 6, 2020

Revised 12/17